USCA1 Opinion

 

 NOT FOR PUBLICATION ÄÄ NOT TO BE CITED AS PRECEDENT UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUITNo. 97-1331 UNITED STATES OF AMERICA, Appellee, v. ROBERT A. SCHETTINI, Defendant, Appellant.  APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge]  Before Boudin, Circuit Judge, Aldrich and Cyr, Senior Circuit Judges.   Arthur R. Silen, with whom Roberts & Newman, P.A. was onbrief for appellant. Jennifer Zacks, Assistant United States Attorney, withwhom Donald K. Stern, United States Attorney was on brief forappellee.   May 18, 1998  Per Curiam. Appellant raises six sentencing-related issues on appeal. Following oral argument and athorough review of the entire record and the briefs ofthe parties, we affirm the district court judgment anddismiss the appeal as frivolous. SO ORDERED.